UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARCAMO PEREZ,<br><br>       Petitioner,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS); DAREN K. MARGOLIN, Director for Executive Office for Immigration Review (EOIR); MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS); TODD BLANCHE, Acting Attorney General of the United States,<br><br>       Respondents. | Case No.:  26-cv-04329-RSH-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On July 28, 2026, petitioner Jose Carcamo Perez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been unlawfully subjected to mandatory detention, and seeks his release or a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 13-16. On

August 4, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***fourteen (14) days*** of this order pursuant to 8 U.S.C. § 1226(a). The Court declines to order Petitioner's immediate release. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: August 12, 2026

_____
Hon. Robert S. Huie
United States District Judge